# Third District Court of Appeal

## State of Florida

Opinion filed June 23, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-763
Lower Tribunal No. 18-1100
_____

**Brenda Klepach Abrams**,
Appellant,

vs.

**In Re: Esther Klepach, etc.**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Celeste Hardee Muir, Judge.

Arthur J. Morburger, for appellant.

Waserstein & Nunez PLLC, and Carlos A. Nuñez-Vivas and Denise L. Ben-David, for plenary guardian, Steve Waserstein, for appellee.

Before EMAS, C.J., and HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>In re Guardianship of Martino</u>, 313 So. 3d 687 (Fla. 2d DCA 2020); § 744.108(6), Fla. Stat. (2021).